IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-36602-H2-7 |
| | § | |
| EcoProduct Solutions, LP, | § | (Chapter 7) |
| | § | |
| Debtor | § | |

## MOTION TO PAY FUNDS INTO THE REGISTRY OF THE COURT UNDER 11 U.S.C. §347(b)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** David Askanase, Trustee and files this Motion to Pay Funds into the Registry of the Court under 11 U.S.C. §347(b) and would show unto the Court as follows:

The undersigned Trustee reports the following:

\_\_\_\_\_   1.   The dividend(s) payable to the creditor(s) listed on Exhibit "A" attached hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

\_X\_   2.   More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditor listed on **Exhibit "A"** attached hereto remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b), the undersigned Trustee requests authorization to pay small and/or unclaimed funds in the total amount shown on **Exhibit "A"** attached hereto for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

Respectfully submitted,

BY:   */s/ David Askanase\**
      David Askanase, Trustee
      SBN 01390000
      Total Plaza
      1201 Louisiana, 28th Floor
      Houston, Texas  77002
      (713) 759-0818 Telephone
      (713) 759-6834 Facsimile
      Email:  daskanase@hwa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas  77002 on this the 4th day of January, 2016.

      */s/ David Askanase\**
      David Askanase, Trustee

*\* signed with permission*

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____          Small Dividends

  X          Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| General Laboratory Supply<br>P. O. Box 7120<br>Pasadena, Texas  77508-7120 | 3 | $     22.28 |
| Graham Corporation<br>P. O. Box 40,000<br>Hartford, Connecticut  06151-0110 | 7 | 122.44 |
| PSC Industrial Outsourcing, LP<br>5151 San Felipe, Suite 1600<br>Houston, Texas  77056 | 11 | 1,217.88 |
| Rayonier<br>P. O. Box 102401<br>Atlanta, Georgia  30368-2401 | 12 | 1,554.47 |
| Marine Centre, Inc.<br>P. O. Box 1028<br>Destrehan, Louisiana | 22 | 176.22 |
| J & J Electrical & Inst. Svc., Inc.<br>4120 Jeffrey Drive<br>Baton Rouge, Louisiana  70816 | 25 | 385.38 |
| Vitro Chemicals, Fibers & Mining, Inc.<br>P. O. Box 201866<br>Houston, Texas  77216-1866 | 30 | 2,401.25 |
| | **TOTAL** | $   5,879.92 |

2952359v1:ECOPRO:0001